Elliot Gale (Bar #263326)
egale@gajplaw.com
Joe Angelo (Bar #268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778 ph
916-721-2767 fax

Attorneys for Plaintiff
Hana Parks

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| Hana Parks | Case No.: 2:19-cv-07601-SVW-JC |
|---|---|
| Plaintiff | NOTICE OF SETTLEMENT WITH DEFENDANT SYNCHRONY BANK |
| v. | |
| Synchrony Bank | |
| Defendant. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff Hana Parks and defendant Synchrony Bank have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement.  Plaintiff anticipates filing a dismissal of Synchrony Bank, with prejudice, within 45 days once the settlement is finalized.

                                                       **Gale, Angelo, Johnson, & Pruett, P.C.**

Dated:  January 2, 2020                 /s/ *Joe Angelo*
                                                       Joe Angelo
                                                       Attorney for Plaintiff