Elliot Gale (State Bar No. 263326)
egale@gajplaw.com
Joe Angelo (State Bar No. 268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, California 95747
Telephone: 916-279-7778
Facsimile: 916-721-2767

Attorneys for Plaintiff
Hana Parks

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| HANA PARKS<br><br>        Plaintiff,<br><br>   vs.<br><br>SYNCHRONY BANK<br>        Defendant. | Case No.: 2:19-cv-07601-SVW-JC<br><br>**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE OF DEFENDANT SYNCHRONY BANK** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**IT IS HEREBY STIPULATED** by and between Plaintiff Hana Parks and Defendant Synchrony Bank that Synchrony Bank be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

DATED:  February 21, 2020            **Gale, Angelo, Johnson, & Pruett, P.C.**

                                     By:   /s/ Joe Angelo
                                     Joe Angelo
                                     Attorneys for Plaintiff
                                     Hana Parks

DATED:  February 21, 2020            **Reed Smith LLP**

                                     By:   /s/ Steven P Warner
                                     Steven P Warner
                                     Attorneys for Defendant
                                     Synchrony Bank

I, Joe Angelo, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Steven P Warner concurred in this filing.

/s/ Joe Angelo

2
STIPULATED REQUEST FOR DISMISSAL