1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

9
10
11

| | |
|---|---|
| HANA PARKS, | Case No.: 2:19-cv-07601-SVW-JC |
| Plaintiff, | |
| vs. | **ORDER** |
| SYNCHRONY BANK | |
| Defendant. | |

12
13
14
15
16
17

## ORDER

18
19      Pursuant to the stipulation of the Parties, Synchrony Bank is dismissed with

20  prejudice and each party shall bear its own attorneys' fees and costs.

21
22      IT IS SO ORDERED.

23

24  DATED: February 24, 2020                    _____

25                                               Hon. Stephen V. Wilson
                                                 UNITED STATES DISTRICT JUDGE
26
27
28